**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| DAVID WILLIAMS<br>ADC #78730 | PLAINTIFF |
| V.   NO. 5:05CV00153 JLH/HDY | |
| CORRECTIONAL MEDICAL SERVICES, *et al.* | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a preliminary injunction (docket entry #138) is DENIED.

DATED this 23rd day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE